UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN 22 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Thomas Porter,

Sui Juris in Propria Persona

Plaintiff

v.

OCWEN LOAN SERVICING,

Defendant

CIVIL ACTION

FILE NO: 2:15-cv-00154-RWS-JCF

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Thomas Porter, and pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, hereby dismisses his action against Defendant OCWEN LOAN SERVICING.

1.      Plaintiff Thomas Porter, proceeding pro per, filed this action alleging claims arising out of the initiation of mortgage foreclosure proceedings. Defendant

moved to dismiss Plaintiff's complaint under Rule 12 (b) (6) of the Federal Rules of Civil Procedure. (Doc. "6")

2.  Courts in this circuit and others have found that a Defendant's filing of a motion to dismiss under Rule 12 (b) does not affect a Plaintiff's right to dismiss an action voluntarily.

3.  Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure allow a plaintiff to dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. **This dismissal is effective immediately upon filing and no subsequent court order is required**.

4.  Plaintiff DISMISSES this action voluntarily **without prejudice** for the reason that, due to certain indications by Defendant, Plaintiff wishes to pursue a good faith loan modification or new paper.

Respectfully submitted, this 21st day of January 2016.

By: _/s/ Thomas Porter_

Thomas Porter,
Sui Juris in Propria Persona
3320 Lake Seminole Place
Buford, GA 30519
770-364-0065

## CERTIFICATE OF SERVICE, FONT AND MARGINS

This is to certify that I have this day served the within and foregoing NOTICE OF VOLUNTARY DISMISSAL by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

Federal Court Northern District Atlanta
FEDERAL BUILDING
121 Spring Street Southeast
Gainesville, GA 30501
(678) 450-2700


**Samantha L. Tzoberi**
Locke Lord LLP-Atl
Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

     I hereby further certify that this document complies with the margin, font and paper type requirements of this Court, and is in 14 point Times New Roman font.

Respectfully submitted, this 21st day of January 2016.

_____
Thomas Porter
Plaintiff Pro Se

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed via the USPS the following document or thing: **NOTICE OF VOLUNTARY DISMISSAL.**

This document was not filed electronically because Plaintiff is excused from filing this document or thing electronically by Administrative Procedures For Filing, Signing and Verifying Pleadings and Papers By Electronic Means, Section III-B. The document or thing has been manually served on all parties.

Respectfully submitted, this 21st day of January 2016.

By: _/s/ Thomas Porter_

Thomas Porter

Davis
3320 Lake Serenel Pl.
Buford, Ga. 30519

Federal Court Northern District Atlanta
FEDERAL BUILDING
121 Spring Street Southeast
Gainesville, Ga. 30501